**No. 09-1434. Florida Department of Revenue, Petitioner v. Daniel Rodriguez.**

562 U.S. 833, 131 S. Ct. 128, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6747.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 25.

**No. 09-1435. Sae Joon Kim, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 833, 131 S. Ct. 128, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6474.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 371 Fed. Appx. 757.

**No. 09-1436. John Lawson, et ux., Petitioners v. Citrus County, Florida.**

562 U.S. 833, 131 S. Ct. 128, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6146.

October 4, 2010. Petition for writ of certiorari to the Circuit Court of Florida, Citrus County, denied.

**No. 09-1437. Energy West, Inc., Petitioner v. Delores Tacke.**

562 U.S. 833, 131 S. Ct. 131, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6136.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 355 Mont. 243, 227 P.3d 601.

**No. 09-1438. Esther Chow, Petitioner v. Appellate Division, Superior Court of California, Los Angeles County, et al.**

562 U.S. 834, 131 S. Ct. 131, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6327.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-1439. Candelario Holguin, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 834, 131 S. Ct. 131, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6544.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-1440. G. R. H., Petitioner v. Louisiana.**

562 U.S. 834, 131 S. Ct. 131, 178 L. Ed. 2d 34, 2010 U.S. LEXIS 6387.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Third Circuit, denied.

Same case below, 10 So. 3d 896.